FILED 09 DEC '13 12:59 USDC-ORE

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE    DIVISION

Justin Wayne Pruett

*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

Tim Mueller (Linn Co Sheriff) Captain Baggot (Linn Co Captain) Sgt Schrader (Linn Co 1st Sgt) Sgt Langley (Linn Co 1st Sgt) Sgt Taylor (Linn Co Sgt) Marylynn Stutzman (Linn Co Nurse Supervisor) Doctor Morgan (Linn Co Doctor) Don Nelson (Linn Co Mental Health) Ben Newman (Linn Co Psychiatric Nurse Practioner)

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:13-cv-2157-BR
*(to be assigned by Clerk of the Court)*

**PRISONER CIVIL RIGHTS COMPLAINT**

## I.

A.  Have you brought any other action or appeal in a court of the United States while a prisoner?

   Yes ☐    No ☒

B.  If your answer to A is yes, how many? _____. Describe the lawsuit(s) in the space below. *(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)*

   1.  Parties to the previous lawsuit:

      Plaintiff(s): _____

      _____

Defendant(s): _____

_____

2. Court: _____
3. Docket Number: _____
4. Name of judge to whom case was assigned: _____
5. Disposition (Was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

6. Approximate date of filing: _____
7. Approximate date of disposition: _____

## II.

A. Place of confinement: Linn Co. Jail  1115 Jackson St S.E
Albany OR 97322

B. Is there a prisoner grievance procedure in this institution?

   Yes ☒   No ☐

C. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

   If your answer is no, explain why not:

   _____

   _____

D. Is the grievance process completed?

   Yes ☒   No ☐

## III. PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A. Name of plaintiff: Justin Wayne Pruett
Security Identification No.: 12146789
Address: 1115 Jackson St S.E
Albany OR 97322

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.*

B. Defendant Tim Mueller is employed as Head Sheriff
at Linn Co Jail  1115 Jackson St S.E Albany, OR, 97322

Defendant Captain Daggot is employed as Captain
at Linn Co Jail  1115 Jackson St. S.E. Albany OR, 97322

Defendant (1st) Sgt Schrader is employed as 1st Sgt
at Linn Co. Jail  1115 Jackson St S.E. Albany, OR. 97322

Defendant (1st) Sgt Langley is employed as 1st Sgt
at Linn Co. Jail  1115 Jackson St S.E Albany. OR. 97322

Defendant Sgt Taylor is employed as Sgt
at Linn Co. Jail  1115 Jackson St. S.E Albany OR 97322

Additional defendants: Mary Lynn Stutzman (Nurse Supervisor), Dr Morgan (Linn Co's Doctor), Don Nelson (Mental Health), Ben Newman (psychiatric Nurse Practioner) All the Additional Defendants Can Be Reached at 1115 Jackson St. S.E. Albany OR 97322

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

The right to be treated fairly, free of discrimination, mental & emotional abuse, and disrespect. Should not be forced or have to endure cruel & unusual punishment. The right to recieve proper and adequate medical attention & not be ignored.

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

On August 20, 2013 I was sent to Linn Co. Jail where I immediately informed them of medical issues I was having. I informed them of a bicycle accident which occurred on June 25th when I was initially arrested & taken into custody at Marion Co. Jail.

I sent Kytes and the doctor he would not listen to my problems & or issue a bone scan or x-ray even when I expressed I feel my arm is broken.

I had to endure not only the physical pain I was suffering but as well the mental & emotional pain I was as well suffering from the pain in my lower back & wrist. As well the reaction the Deputies gave me over my seeking medical attention.

I was sent to (CSH) on October 11, 2013 where again I expressed that I have trouble with my right wrist and felt it may be possibably broken. They took an x-ray which showed I had a fracture & my wrist was broken.

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

To recieve proper & adequate Mental Health treatment, Nor to be subject to cruel & unusual punishment inflicted as And or other things under (8th amendment)

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

The following Don Nelson & Ben Newman have denied me two medications in which I truly need and without do not function properly & my history can show exactly that in which I am saying.
There is clearly stated history on my ADD-ADHD among many other issues. I was recently told by doctor Chi at (OSH) he wanted to start me on aderol but first wanted to make sure LinnCo would continue the medication. When I got to Linn Co Jail Ben Newman refused to put me on aderol & adavin both medications which I need and feel may help me in a balance to be normal.
When asked why "he" as in BenNewman continues to refuse me medications I need & could make my life better & without make my life hell... Ben Newman stated because others have mis-used the medications. When I said I am not others & would be greiving the issue Ben Newman "said go ahead because he don't fall under the Jails rules"

### Claim III

State what right under the Constitution, laws, or treaties of the United States has been violated.

_____
_____
_____
_____

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V. RELIEF

*State briefly exactly relief you are seeking. Make no legal arguments. Cite no cases or statutes.*

1) I am asking that all legal cost for filing fees, Attorney fees, Court fees, et cetra be paid by the Defendants ex
2) I am filing for a sum of Money to be later deter mined. ₩
3) I ask the courts for a full investigation & the discrimination & harassment to stop, And medical to reimburse the money they have charged me ₩
4) I ask that Sherrif Tim Mueller Capt Boogotl & others be held accountable ₩
5) As well Mental Health Ben Newman be investigated, fined, et cetra ₩
6) And possibilly other penalties later to be considered

Signed this __3__ day of __December__, 20__13__.

_Justin W. Truett_

*(Signature of Plaintiff(s))*